[No. 30399-0-II.   Division Two.   September 14, 2004.]

JAMES A. DEGEL, *as Guardian of the Estate*, ET AL.,
*Appellants*, v. LAUREL A. DICKASON, P.C., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 00-2-01626-1, Gary Tabor, J., entered
May 20, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Hunt and Van Deren, JJ.

[No. 30691-3-II.   Division Two.   September 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH RAHEEM
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 03-1-00237-2, John P. Wulle, J., entered July
29, 2003. *Affirmed* by unpublished opinion per Hunt, J.,
concurred in by Armstrong and Van Deren, JJ.

[No. 31600-5-II.   Division Two.   September 14, 2004.]

*In the Matter of the Welfare of* C.R.B.

THE STATE OF WASHINGTON, *Respondent*, v. C.R.B., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 04-8-00036-2, Don L. McCulloch, J. Pro Tem.,
entered March 24, 2004. *Reversed* by unpublished opinion
per Morgan, A.C.J., concurred in by Armstrong and Hunt,
JJ.

[No. 22008-7-III.   Division Three.   September 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY WAYNE
RHOADES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 03-1-00367-6, James P. Hutton, J., entered
April 18, 2003. *Affirmed* by unpublished opinion per Kurtz,
J., concurred in by Sweeney, A.C.J., and Brown, J.